**DENIED**

_Terry L. Wooten_  9/12/10
TERRY L. WOOTEN
U.S. DISTRICT JUDGE

RECEIVED
USDC CLERK, FLORENCE, SC

2010 AUG 30 P 4: 47

Mr Wooten,
Sir,

In 2004 October 27 you sentenced me to 108 months for possion of firearm. You said Sir that you as a Judge have never had a case such as mine — a signed confession that I did drugs but the test came back NEGATIVE so I lost my 3 points of responsibilitie. I was sick and didn't have my pain pills with me and the probation officer told me Sir if I would sign a paper stating I had did drugs he would let me go home, so being sick I signed it. So I am asking Mercy from you Sir to give me back these 3 points and reduce my time how ever much you would do for me Sir. I am at your great Mercy Sir and in need of your favor in this matter. Do I need to get a lawyer or do you have the power to do this yourself. I'm uneducated I dont know Sir, but if a lawyer is needed then I will get one at once.

Sir you said in court about some laws helping me some Blakely law or some other I cant really remember but now if you grant me this reduction I promise to go out to the world and not to make the same mistake that I did. Check my prison records I am a model inmate to all others around me Sir, so please respond back, give me an answer Sir please.

      Thank you Sir
      for your valuable
      time. Recky Lambert